PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JANELLE A. DI MINO
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASMINE L. BUCKNELL,<br><br>    Defendant. | Case No. 1:21-po-00129-SAB<br><br>[Citation #E1133285 CA/82]<br><br>MOTION AND ORDER FOR DISMISSAL; AND VACATUR OF TRIAL<br><br>TRIAL DATE:   November 4, 2021<br>TIME:         2:00 P.M<br>COURTROOM:    9 |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant U.S. Attorney, and Janelle A. Di Mino, Certified Law Student, hereby moves to dismiss Case No. 1:21-po-00129-SAB [Citation #E1133285 CA/82] against JASMINE L. BUCKNELL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further requests that the Trial in this matter set for November 4, 2021, at 2:00 p.m. be vacated.

DATED: November 1, 2021          Respectfully submitted,

                         PHILLIP A. TALBERT
                         Acting United States Attorney

            By:   /s/ Janelle A. Di Mino
                  JANELLE A. DI MINO
                  Certified Law Student

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:21-po-00129-SAB [Citation #E1133285 CA/82] against JASMINE L. BUCKNELL be dismissed, without prejudice, in the interest of justice. It is further ordered that the Trial in this matter, set for November 4, 2021, at 2:00 p.m., be vacated.

IT IS SO ORDERED.

Dated: __**November 1, 2021**__

UNITED STATES MAGISTRATE JUDGE